Neil M. Frank, Esq.
Patricia L. Boland, Esq.

Joseph A. Myers, Esq. +
Matthew J. Farnworth, Esq.
Jennifer Calamia, Esq.

**FRANK & BOLAND, P.C.**
THE WORKPLACE LAW FIRM

+ *Admitted in N.Y., D.C., & V.A.*

January 3, 2019

**VIA ECF**

The Honorable Arthur D. Spatt
United States District Judge
United States Federal Courthouse
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

      Re: Duque v. Site Services Group, Inc., et al.
         Case No.: 17-cv-5094 (ADS)(AYS)

Dear Judge Spatt:

  This firm represents the Plaintiff in the above referenced matter. We write to submit a revised copy of the Settlement Agreement for the Court's approval. Pursuant to the Court's directive at the December 21, 2019 conference, the parties have removed the language pertaining to the release of discrimination claims and to Plaintiff's contact with other employees of Defendants. Therefore, we respectfully request that the Court approve the revised Settlement Agreement, which is attached hereto.

  We thank the Court for its time and consideration in this matter.

              Respectfully submitted,

              **FRANK & BOLAND, P.C.**

                /s/Joseph Myers
              Joseph Myers, Esq.

cc: Jasmine Patel, Esq.
   *Attorney for Defendants*