UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENRY DUQUE, on behalf                                           17-cv-5094 (ADS)(AYS)
of himself and all persons similarly situated,

                          Plaintiff,

                  v.                                           **F I L E D**
                                                           IN CLERK'S OFFICE
                                                       U.S. DISTRICT COURT E.D.N.Y.
SITE SERVICES GROUP, INC. and
BRADFORD MAY a/k/a BRAD MAY,                            ★    JAN 04 2019    ★

                          Defendants.                       LONG ISLAND OFFICE
-----------------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

        IT IS HEREBY STIPULATED that this action has been discontinued and is hereby

dismissed with prejudice, without costs to any party against any other. This Stipulation may be

filed with the Court without further notice to any party. This Court shall retain jurisdiction to

enforce the parties' Settlement Agreement.

Dated: Garden City, New York
        January 2, 2019

For the Plaintiff:                          For the Defendants:

By: _____                 By: _____
Neil M. Frank, Esq.                          Jasmine Patel, Esq.
Frank & Boland, P.C.                         Franklin, Gringer & Cohen, P.C.
*Attorneys for Plaintiff*                    *Attorneys for Defendants*
500 Bi-County Blvd., Suite 465               666 Old Country Road, Suite 202
Farmingdale, New York 11735                  Garden City, New York 11530
(631) 756-0400                               (516) 228-3131

                                             So Ordered:  Case closed.
                                             /s/ Arthur D. Spatt
                                             U.S.D.J.              1/4/19

-11-